*E-Filed 9/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS AGUILAR, | No. C 11-4313 RS (PR) |
| Petitioner, | **ORDER ADMINISTRATIVELY CLOSING ACTION** |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

This federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner was opened in error. Accordingly, the Clerk shall ADMINISTRATIVELY CLOSE this action. No filing fee is due.

**IT IS SO ORDERED**.

DATED: September 28, 2011

RICHARD SEEBORG
United States District Judge